# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>1999 LEXUS GS 400, VIN JT8BH68X6X0018002, LICENSE NUMBER 5CKC924,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 04-6733 AWI LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**<br>(Doc. 22.) |

## INTRODUCTION

In this civil forfeiture action, plaintiff United States of America seeks:

1.  Default judgment against the interests of three individuals and a used car business in a 1999 Lexus GS 400 automobile ("Lexus");[1] and

2.  Entry of a final forfeiture judgment to vest in the Government all right, title and interest in the Lexus.

The magistrate judge issued August 18, 2006 findings and recommendations to:

---

[1] The subject Lexus' vehicle identification number is JT8BH68X6X0018002, and its license number is 5CKC924.

1

1. GRANT plaintiff United States of America default judgment against the interests of Frank Gabriel Romero, Monica Morales, James Roque and Martinez Used Cars in the 1999 Lexus GS 400, vehicle identification number JT8BH68X6X0018002, license number 5CKC924;

2. ENTER final forfeiture judgment to vest in plaintiff United States of America all right, title and interest in the 1999 Lexus GS 400, vehicle identification number JT8BH68X6X0018002, license number 5CKC924; and

3. ORDER plaintiff United States of America, within 10 days of service of an order adopting the findings and recommendations, to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and order adopting them.

No timely objections to the findings and recommendations were filed.

## **CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's August 18, 2006 findings and recommendations; and

2. ORDERS plaintiff United States of America, within 10 days of service of this order, to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and this order.

IT IS SO ORDERED.

**Dated:**   **September 1, 2006**              /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE