McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:04-CV-06733-AWI-LJO |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT OF |
| ) | FORFEITURE AND FINAL |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | |
| 1999 LEXUS GS 400, VIN: ) | |
| JT8BH68X6X0018002, LICENSE ) | |
| NUMBER 5CKC924, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     This matter is before the Court on plaintiff United States' Ex Parte Motion for Default Judgment filed July 20, 2006. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted, and no timely objection has been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on September 5, 2006. Based on the Magistrate Judge's Findings and Recommendations, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

     ORDERED, ADJUDGED AND DECREED:

     1. After a *de novo* review, the Court adopts the Magistrate Judge's Findings and Recommendations in full.

     2. Frank Gabriel Romero, Monica Morales, James Roque and Martinez Used Cars are held in default.

3. A judgment by default is hereby entered against any right, title or interest in the defendant 1999 Lexus GS 400, VIN: JT8BH68X6X0018002, License Number 5CKC924, held by any potential claimants.

4. A final judgment is hereby entered, forfeiting all right, title and interest in the defendant 1999 Lexus GS 400, VIN: JT8BH68X6X0018002, License Number 5CKC924 to the United States of America, to be disposed of according to law, including all right, title and interest of Frank Gabriel Romero, Monica Morales, James Roque and Martinez Used Cars.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   September 12, 2006**              /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE